# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700234

_____

## UNITED STATES OF AMERICA
Appellee

v.

## KEVIN J. DIAZ
Lance Corporal (E-3), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Emily A. Jackson-Hall, USMC.
Convening Authority: Commanding General, 2d Marine Division, Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Captain Scott A. Beimer, USMC.
For Appellant: Lieutenant Colonel Richard A. Viczorek, USMCR, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 30 November 2017

_____

Before MARKS, JONES, and PETTIT, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court